UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Charles Paul Hoffecker             :        Civil Action# 09-5991(KSH)

           Petitioner     :
-vs--                                                                 ORDER

UNITED STATES OF AMERICA  :

           Respondent  :

This cause came on to be heard upon the motion of the Petitioner for leave to file reply to the Government's Answer. Pursuant to Rule 5(d) of the Rules Governing Section 2255 Proceedings for the United States District Courts,

IT IS on this 14th day of April, 2010

**O R D E R E D** that the Petitioner, CHARLES PAUL HOFFECKER, may file a reply to the "Memorandum of the United States in Response and Opposition to Petitioner Hoffecker's Section 2255 Petition" on or before the 3rd of May, 2010.

                                          /s/ Katharine S. Hayden
                                            Katharine S. Hayden, USDJ